Before STATE INDUSTRIAL BOARD, Respondent. GRACE WELCH, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that claimant was a dependent; and on the further ground that all money contributed by her son went to the support of his grandmother not living in the family of claimant. All concur.

WILLIAM WILSON, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. SADIE ZACEK and Others, Respondents, v. UTICA GAS AND ELECTRIC COMPANY and Another, Appellants.— Award unanimously affirmed, with costs. to the State Industrial Board.

FRANCES AUSSEM, as Administratrix, etc., of IDA J. SMITH, Respondent, v. PETER E. SMITH, Appellant.— Motion denied, with ten dollars costs.

SAMUEL K. BATROUNEY, Appellant, v. SALMA BATROUNEY, Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARY BIRD, Appellant, v. RAQUETTE LAKE RAILWAY COMPANY and Another, Respondents.— Motion denied, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN BONCZOW, Respondent, v. AMERICAN RADIATOR COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH BOORNE, Appellant, v. UNION FORK AND HOE COMPANY and Another, Respondents.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. CORNELIA BRACKETT, Respondent, v. THOMPSON SMITH COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HELENA BROWN, Respondent, v. J. C. VOSBURG & SON and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

HARRY E. BUNTING, Respondent, v. WALTER WARNER, Appellant.— Judgment and order reversed, on the ground that the verdict is against the weight of the evidence, and new trial granted, with costs to the appellant to abide the event. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. VICTOR BYNSKI, Respondent, v. THE NEW YORK AIR BRAKE COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. M. CALOGINO, Respondent, v. HARRY ABRONS & MELIUS, INC., and Another, Appellants.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the claimant's disability was not total for the period covered by the award. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ISABELLE CHASE, Respondent, v. ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.— Motion denied, without costs.